**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | : | | |
| | : | | |
| v. | : | Criminal Action No.: | 23-125 (RC) |
| | : | | |
| GRAHAM HAUCK, | : | | |
| | : | | |
| Defendant. | : | | |

**<u>SENTENCING SCHEDULING ORDER</u>**

It is hereby **ORDERED** that the following schedule shall govern the sentencing proceedings in this case:

1. sentencing in this matter is set for **September 14, 2023 at 10:00 am** in **Courtroom 23A**;

2. the probation officer assigned to this case shall disclose the draft pre-sentence investigation report to the parties no later than **August 8, 2023**;

3. counsel shall submit objections (if any) to the draft pre-sentence investigation report to the probation officer no later than **August 22, 2023**;

4. the probation officer shall disclose to the parties and file with the Court the final pre-sentence investigation report no later than **August 29, 2023**; and

5. any party wishing to submit a memorandum in aid of sentencing must do so no later than **September 5, 2023**, with all responses (if any) due by **September 8, 2023**, and all such memoranda and responses thereto must cite to supporting legal authority.

**SO ORDERED**.

Dated:  May 10, 2023

RUDOLPH CONTRERAS
United States District Judge