THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 1-23-cr-125 (RC) |
| ) | |
| GRAHAM HAUCK ) | |

**UNOPPOSED MOTION TO SUSPEND SENTENCING DEADLINES
AND CONVERT CURRENT SENTENCING HEARING TO STATUS HEARING**

Defendant Graham Hauck, by and through undersigned counsel, respectfully requests this Court suspend the current sentencing deadlines and convert the sentencing hearing currently scheduled for September 14, 2023, to a status hearing that could potentially convert into a change of plea hearing.

In support of this Motion, counsel states the following:

1. Mr. Hauck is before this Court following a plea of guilty to Wire Fraud, in violation of 18 U.S.C. § 1343. *See* Dkt. No. 4.

2. Mr. Hauck's sentencing hearing is currently scheduled for September 14, 2023, at 10:00 a.m.

3. Following further investigation, it has come to light that additional charges may be brought against Mr. Hauck.

4. The parties are working diligently to resolve these issues and expect a plea agreement to be reached soon, but need additional time.

5. Therefore, the defense requests that the current sentencing filing deadlines be suspended, and the current sentencing hearing date of September 14, 2023 be converted to a status hearing.

6. If a plea agreement regarding additional charges is reached, the parties will alert chambers in order to potentially convert the September 14, 2023 status date to a change of plea hearing.

7. The government does not oppose this motion.

WHEREFORE, for the foregoing reasons, and any other the Court deems appropriate, Graham Hauck respectfully requests this Court grant this Motion.

.

Respectfully submitted,

_____/s/_____
David B. Benowitz
DC Bar # 451557
Price Benowitz LLP
409 7th Street, NW, Suite 200
Washington, D.C. 20004
Tel: (202) 417-6000
Fax: (202) 664-1331
David@PriceBenowitz.com
*Counsel for Graham Hauck*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of September, 2023, a true and correct copy of the foregoing Unopposed Motion has been served via CM/ECF to all parties in this matter.

_____/s/_____
David B. Benowitz