THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) | |
| v. | ) ) | Case No. 1-23-cr-125 |
| **GRAHAM HAUCK** | ) ) ) ) | |

**ORDER**

Upon consideration of the Defendant's Consent Motion to Continue Sentencing and Accompanying Deadlines, it is hereby,

**ORDERED**, that Defendant's Consent Motion is **GRANTED**; and it is hereby,

**FURTHER ORDERED**, that the Defendant's current sentencing date of February 28, 2024 is hereby continued to _____, and it is hereby,

**FURTHER ORDERED,** that the current accompany sentencing deadlines detailed in the Court's sentencing scheduling order (Dkt. No. 11) are continued as follows:

1. Counsel shall submit objections (if any) to the draft pre-sentence investigation report to the probation officer no later than _____.

2. The probation officer shall disclose to the parties and file with the Court the final pre-sentence investigation report no later than _____.

3. Any party wishing to submit a memorandum in aid of sentencing must do so no later than _____, with all responses (if any) due by _____, and all such memoranda and response thereto must cite to supporting legal authority, and it is hereby

**FURTHER ORDERED**, that Amy C. Collins' appearance as counsel of record in this matter is hereby withdrawn.

_____  _____
**DATE**              **RUDOLPH CONTRERAS**
                      **United States District Judge**