# EXHIBIT A

The Honorable Rudolph Contreras
United States District Judge
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, D.C. 20001

Your Honor,

As I write this letter in preparation for my sentencing date of September 14, I am a humbled man. The reality of my actions, the stealing from clients and the breach of trust not only to the entities but also the individual leaders and members of the organization stands as a daily stark reminder of my failure to be a good citizen. I can only accept responsibility and work each today to right the wrongs of my actions. I am truly sorry for my actions and apologize to all the victims to which I have caused pain. These victims put their trust in me and I betrayed that trust.

What I did not realize and now know is that the number of victims, those who I betrayed their trust, was not limited to my clients. Starting with my family, I have also betrayed their trust. My actions brought shame upon our family, jeopardized friendships, and caused pain to those closest to me and my family.

It is hard for me to state that I have any pain when I have caused much more to others, but one of the hardest days of my life was to face my three children Childs (15), Isabella (13) and Conrad (10) along with my wife of 18 years Alixine at dinner to tell them that I was a liar, stole money and was not the man they knew or expected me to be. The pain in that moment for them was overwhelming. I work everyday to show how sorry I am, and be a better man and father every day, one day at a time.

I can see how some might give up in my situation. The pressures, the comments, the closed bank accounts, the loss of clients, the loss of business and personal relationships, the loss of reputation, the dramatic change to lifestyle and there is something new almost every day with which to wrestle. In an instant life seemingly came to a complete standstill because of my actions, and I rightfully was alone. It is overwhelming everyday. I strive to be a better person, think about my actions in the past and in the moment to also understand how those actions do and could affect others.

Since my court date in May, where I accepted responsibility for my actions and pleaded guilty, I have begun the process of shutting down my company. All but one client immediately terminated our contracts and all my staff have resigned. I destroyed a company that my father founded 50 years ago and I grew up in. It was a dream to run Hauck & Associates and I created a nightmare for others.

I have spent most of my time focusing on managing my family through the next weeks, months and years and more importantly designing a future to repay my clients. Trying to get back up has been an immense challenge, a challenge I have no one to blame for but myself.  I am determined to succeed however. The days and years ahead will be some of the toughest I have ever been through, but I must persevere for the sake of my family and those victims who suffered at my hands.

Helping others is an area where I have been making some successes, small but measurable in that I have started the process of getting others to trust me again. This includes family and new business opportunities.  My wife has started a new career - in its infancy - and I have been helping her with her social media and some level of administrative and moral support. One of my close friends runs a program in Lewiston, Maine, and I have been helping him design more visibility and consulting on how to better fundraise for his program - the Rosati Leadership Academy which supports immigrant children, mostly Somali and muslim, in leadership training. Many of these children are broken in spirit, lost in a new country and need to assimilate in a foreign community.  The after-school program keeps many of them out of trouble and off the streets. I am hopeful I can assist more individuals and companies as I restart and rehabilitate. It will take time.

In time, I know that I can carry this momentum into revenue providing clients and start the process of paying back my old clients and never repeat the actions and mistakes of my past.

Again, it is hard for me to convey pain when I have been the author of it for so many, but I have caused a lot of pain for my family. The uncertainty for my wife and children of not knowing if their husband and father will be present during a critical teenage years is daunting.  I know my children need their father and while I should have thought about this when I made bad decisions, I do know it now, and it is a painful thought that I may not be there.  My wife who has largely been the homemaker and not employed since the birth of our first child in 2007, suddenly is positioned as both homemaker and primary income maker through my actions. The thought of her having to manage a household and employment on her own is equally painful.

In addition, I have largely been responsible for managing my mother's care which is essentially 24/7 since the passing of my father in August 2020. This has been an enormous financial burden for me. Her dream to finish her days in her home are now dashed at my hands. My brother has been more engaged in recent months to help me get my mother into an assisted living facility where we can be more certain of her care and take the onus off of me.

I think if I had to sum up what my friends and family would say about me, they would all generally say I am kind, supportive and a good guy to be around.  That they would trust me in times of need.  They would also say how shocked and saddened they were when I let them know

of my actions or they read about it in media reports. I have received a lot of compassion from many of my friends. Obviously they do not excuse me or my actions, but they have been supportive in helping me keep optimistic when there are hard truths to face. The constant in all my conversations is how I can possibly have managed to keep going over the years while this legal matter has been hanging over me. Unanimously, they cannot fathom being able to go through what I have described to them. I respond that I am the sole person responsible for the situation I am in, and that when facing the road ahead I have no choice but to endure it head on and accept the consequences.

I am sure many of the victims and possibly some friends and family see me as a coward for my actions. I think it is more cowardly to not own up to ones actions, face the consequences and make amends, even if you know that amends may never be reciprocated. This is a lesson I hope can be learned by my family, friends and those victims I have impacted and somehow some good can come out of this nightmare.

Respectfully,

Graham Hauck