# EXHIBIT B

The Honorable Rudolph Contreras
United States District Judge
United States District Court for the District of Columbia
333 Constitution Avenue, NW Washington, D.C. 20001

Dear Judge Contreras,

My name is Alixine F. O'Malley, and I am Graham's wife of 18 years. We started dating in 1999 and have been together ever since. This is a very difficult time for our family, as you can imagine. I have many feelings at the moment; anger, confusion, and sadness being just a few. Despite these feelings, I can say that Graham loves his family very much and has always made us feel loved, safe, and protected. The crimes he has committed have shocked everyone who knows him. This is not the behavior any of us would expect from someone like Graham.

Family is and has always been a priority for Graham. He is always the one people depend on to trust.

Graham will do the things that no one wants to do. He cares for the pets- cleans up after them, walks them, and feeds them without complaint. The children wanted the pets; he cares for them. When my father, who has Alzheimer's, visits, Graham will take him on long drives to see the trees and monuments he loves. He helps my mother with all her electronic, phone, and computer challenges. My mother was a Sacred Heart nun for nine years and is very spiritual and even though he is not religious he will listen to her pray.

Graham has been on constant call for every need of his own parents. His father passed away in 2020, which was very difficult for Graham. While Sheldon was in his last years, he would call Graham during the late hours of the night with requests to fix the remote, go to the store to get food, and retrieve medicines or pharmacy items. He never said a word or asked for help with any of it. He does not complain.

I hope greatly that Graham has learned from this tragic experience. He has told our children what he did and why it was wrong. I believe he uses this experience as a teaching moment for himself and the kids. He is trying to find a way to create positivity.

Graham wears his emotions on his sleeve. He is not afraid to cry. There have been many tears these past months. The guilt is intense for him. He feels guilt about his crime. He feels guilt about the situation he has left the family in. He is moving forward, and I believe he will come out of this stronger and find a way to set an example for others and not repeat his mistakes.

I know what Graham has done was a horrible act and affected many innocent victims. I believe Graham needs therapy to understand why he took these measures, but I do believe he would never do this again. What pains him the most is how it is affecting his family. I know justice

needs to be served; I do not dispute that in any way, but I pray and hope Graham can do as much service at home as possible

One of the reasons Graham and I married each other is our commitment and love of family. I know I can take care of Childs, Bella, and Conrad- they are the most important beings in my life, and caring for them is a privilege. I also know that having their father in jail would be very difficult and heartbreaking for them. I also fear that I will not be able to provide for them enough financially. I have been a stay-at-home mom for 16 years. I am trying to find a job that will provide, but this is proving to be a challenge for me. These are the things that keep me up at night.

Thank you for your Consideration.

With Kind, Personal Regards,

Alixine F. O'Malley