# EXHIBIT C

Sheldon Joseph Hauck Jr. ("Jay")

July 30, 2023

The Honorable Rudolph Contreras
United States District Judge
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, D.C. 20001

    RE: Graham S. Hauck, Defendant

Dear Judge Contreras:

I am Graham Hauck's only sibling, his older brother by four and a half years. In this letter, I want to provide some context that I hope will help you render a just decision with respect to his sentencing.

It all starts with the family company, Hauck & Associates, which my father started in 1974.

Graham started working at H&A in college in the 1990s, and it's the only job he's ever known. When he graduated from Colgate, he started working there full-time, moving up the ladder from the bottom rung.

I laterally joined the firm in 1999 when I moved back to DC - there was a good opportunity to manage a client at an executive level at the age of 31, so I took it. Things seemed good.

After a few years, though, the picture got a bit less rosy. We had lost a couple big clients that had always been the cornerstone of the client base, in part because my dad was easing into semi-retirement. These types of transitions are often difficult, as this was.

I realized in the mid-2000s that income from H&A wasn't going to be able to support both me and my brother unless either we got a lot more clients, or one of us left the firm.

It took me a while to figure out what I wanted to do next, but I ended up leaving the firm in 2011 and going into public affairs and communications, and I've been able to support my family of my wife and four daughters.

Graham, meanwhile, continued on with Hauck & Associates, as my father completed his retirement. I always thought Graham was making out just fine, but I've come to discover that every time he gained a new client, he lost one. Graham was sort of running to stand still, and trying to keep up appearances that everything was OK, when it really wasn't.

Meanwhile, my father suffered a massive stroke around Thanksgiving of 2016, if memory serves. At the time, he was 80 years old, as was my mother, Joan.

Dad survived the stroke, but lost most of his motor function and had very little cognitive ability remaining. It was a nightmare.

Graham, being closer to my parents, Dad's affairs, and the family business, handled all the logistics around Dad and Mom's care, such as ensuring nurses were paid, etc. He took this on his shoulders as I had been out of work for almost a year and was just starting a new job. I felt guilty about how much he was doing and how little I was doing, but he did it without complaint.

For all of 2017, 2018, 2019, and most of 2020, Dad's condition remained the same. It was very, very tough to watch. In late August of 2020, Dad passed away. Since then, we've had to take care of Mom, and Graham has been at the forefront of doing that as well, both logistically and financially.

This is where Graham succumbed to temptation.

It's pretty evident that Graham was under extreme financial pressure, supporting not only his wife and children, but also our parents, all while making insufficient income from his business.

And it led him to do something he should not have done: Break the law.

I love my brother, but I am also very, very upset with him.

Even though I haven't been part of the family business for 12 years, it bore my name, and now he has ruined it. It breaks my heart.

He has destroyed his own family's finances and severely hurt my mother's financial stability as a result. Now we are forced to rearrange my mother's affairs, and move her into assisted living.

And just overall, he has brought dishonor on our family name. The whole affair is mortifyingly embarrassing to me.

There is a lot of collateral damage here, Your Honor.

My family and I are collateral damage. My wife and I have been trying to provide as best we can for our kids. Now we are having to shoulder the entire financial burden of providing for my mother as well. This was not part of the plan. My oldest daughter is a senior in high school. This couldn't come at a worse time as we're contemplating college for all the girls over the coming few years.

My mother is collateral damage. She was relying on Graham in particular to take care of her. He's not going to be able to provide for her in any way, shape or form. She has mild dementia, but she feels betrayed.

But here's the rub, Your Honor: The more you fine Graham, and the longer you put him behind bars, the more collateral damage there will be. You won't be punishing Graham by imprisoning him or fining him - we all get punished.

He is going to have a hard time making a living now, regardless. Being a felon is a severe handicap. But if he is behind bars, he can't do anyone any good.

Accordingly, Your Honor, I would ask you to please show mercy and be lenient with respect to Graham's sentencing - not because Graham deserves it, but because his immediate and extended family deserves it.

Very Respectfully,


Sheldon Joseph Hauck Jr.