# EXHIBIT D

The Honorable Rudolph Contreras
United States District Judge
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, D.C. 20001


Your Honor:

My name is John Begert of Bethesda, Maryland and I work in real estate investments for MRP Realty.  I am writing this letter on behalf of myself and my wife, Courtenay, both long time and close personal friends of Graham, Alix and their children.

I am a principal at the firm and have worked at MRP since 2011.  Our office is in Georgetown in Washington, DC and we conduct commercial real estate investment business up and down the east coast with institutional investment partners such as Wells Fargo, JP Morgan and Goldman Sachs.

I first met Graham in 2001 in Washington, DC through my wife, Courtenay.  My initial impression of Graham was one of surprise at his openness, his generosity, and his effort to befriend someone outside of his close group of friends.  I was new to the area and Graham was a DC "lifer" with a seemingly endless network of friends.  He made a point to engage with me and open his home and social group to me.  Many local Washingtonians do not exhibit these traits I have learned in my twenty plus years here.  Since our first encounter over 20 years ago, we have grown close and in addition to vacationing together with our families, he sponsored me at the Chevy Chase Club, and I am godfather to his son Conrad.  He has coached our son at sports, we have watched each other's children and shared many a meal and drink.  We remain close to this day and speak and see each other often despite the challenges of the last few months.

When Courtenay and I found out about the plea and Graham's guilty count, I immediately called him, and we spoke for about an hour.  To say it was a shock would be an understatement.  I was disappointed in him as a close friend for many reasons but mostly for being dishonest and not being truthful to his colleagues, family and friends.  Graham disappointed a lot of people with horrible decision making but I believe it was a series of mistakes and is not who he is or will be going forward.  In my personal view, he felt a burden to keep his father's company afloat and made several bad decisions with that in mind.  He no doubt erred greatly, and he will have to be punished and seek forgiveness from many, but I think it came from trying to do something good.  I realize that is no consolation.

The Graham I have known for many years is one that would do anything for his kids, his friends and his family.  He has shown that countless times with his parenting, being a spouse that constantly does what is asked of him and as a friend who always is there when needed.  I am not aware of any infidelity, gross transgressions, drug or alcohol abuse or other habits that would concern me as his friend.  I guess that's why this incident is so alarming.

Graham's guilty plea to one (1) count of Wire Fraud, in violation of 18 U.S.C. § 1343 is a serious transgression and I do believe he understands the severity of his actions.

I hope and pray that all can forgive him as we seek to do, and he will use this moment to be a better person, husband and father.

Best Regards,

John and K Courtenay Begert