# EXHIBIT TT

The Honorable Rudolph Contreras United States
District Judge
United States District Court for the District of Columbia 333
Constitution Avenue, NW
Washington, D.C. 20001

Dear Judge Contreras:

I am a CPA, and have worked with Mr. Hauck since 2014 as Hauck & Associates, Inc independent CPA and Mr./Mrs. Hauck's personal independent CPA. I am aware of the charges for which Mr. Hauck has been convicted (one count of Wire Fraud, in violation of 18 U.S.C. § 1343).

In the years that I have worked with Mr. Hauck, I have always found him to be a very thoughtful and kind person, who never showed any disrespect, anger, etc. I have witnessed him in business meetings and in public settings (having lunch together) – he has always been very cordial with people he does not know (restaurant waiter/waitress, etc).

Mr. Hauck has always spoken very highly of his family – including his parents, wife and 3 children. When his father became ill and until he passed away, Mr. Hauck spent much time personally helping his father, and spending time with him. And now that his mother is ill (for about 2 years right now), Mr. Hauck again has been there for his mother in whatever capacity she needs. Mr. Hauck has always spoken about his children's activities, and his involvement with their activities – including football and many out-of-town ice hockey tournaments. In the years I have known Mr. Hauck, he has never in the least, uttered an unkind word about any of his family, friends or anyone else.

When Mr. Hauck took over the formal daily management activities of Hauck & Associates, Inc. from his father, there were several long-time employees of the Company who were paid about twice the amount of Mr. Hauck. When business significantly slowed down due to some client turnover, Mr. Hauck did not appropriately terminate some of these employees, but rather he retained them at their existing salaries due to the employees long-time tenure with the Company. This caused a very huge financial hardship on the Company.

In addition, when the COVID-19 pandemic occurred, most of the conferences which the Company managed were cancelled, causing a huge loss of revenue. Again, Mr. Hauck retained employees at their existing salaries due to the employees long-time tenure with the Company.

As a result of the slow down in business and COVID-19, the Company and Mr. Hauck were in a very bad financial position. I personally was not aware that Mr. Hauck was inappropriately wiring money, but I understand that he felt a need to do this solely in order to financially support his family and parents. I was very surprised to hear this, and believe with 100% certainty that Mr. Hauck would never have done this unless he had to support his family, parents and employees.

When Mr. Hauck informed me of this situation, he was very very embarrassed and ashamed that this happened, and wished that he had never done this. I am, without any doubt at all, certain that Mr. Hauck has been very humbled by this whole experience and that this will not occur again.

*Robert G Williams, CPA*
*8/3/2023*