# EXHIBIT UU

To the ISSFAL Board of Directors and Executive          10/20/2023

There is not much I can say other than to express my profound apologies to each of you personally and professionally for my crimes against the Society.

Since 2010, you entrusted me and my company to manage the affairs of ISSFAL and I betrayed your trust. I should have been stronger than I was and I am sorry. I know this is especially painful as many of you I considered friends and relied on you. In the end, I did not live up to the expectations.

I have had and will have a lot of time to reflect on the whys and what ifs, none of which will assuage your anger and dissapointment in me and my actions. In time I know I will make things right financially with the Society. Time will be the measure of whether I can live up to this promise. I know I can and will, but will have to prove this time through my actions.

Again, I am truly sorry for my actions and ~~letting~~ hurting you and the Society.     Respectfully, Seahan