# EXHIBIT VV

To the ISCR Executive Committee                10/19/2023

    I wanted to take this opportunity to express my sincerest apologies to all of you for my actions. I am truly sorry for my crimes against the Society.

    As I reflect on my actions, I realize how disappointed and angry each of you must be at the harm and betrayal of trust I inflicted. Especially, to Linda who vouched for me and my company to start the Society, this must be especially difficult and I am sorry for any pain and anger I have caused you.

    While I believed I was being respectful and valuing our relationship, my actions were nothing of the sorts. None of you and the organization as a whole deserved that. I am sorry.

    I do reflect and think of you every day, particularly as I meditate, to soul search and try to better understand, reconcile and heal to be the person I once was and know I can be. I am committed to this and to making things right financially with the Society. I am truly sorry.

                    Respectfully, Graham