# EXHIBIT WW

To NCITD Board of Directors:        10/22/2023

I hope you will have the opportunity to process the ~~fatting~~ following, but I am truly and sincerely sorry for my crimes and actions against the Council. I wronged each of you as leaders who trusted me and my company to manage your organization. I failed and betrayed that trust. I am ~~sooo~~ sorry.

Please know that regardless of any outcome for me, that I am committed to make things right with NCITD and pay back every penny no matter how long it may take. This may be hard to believe given what transpired and in general to believe anything I say, but it is true and I can only prove this through my actions going forward.

Hauck & Associates is no more, thankfully, and I will never return to an association management role. I am so sorry for my failures and making my problems your problems. Your time is valuable and I apologize for wasting it. I wish you every success for the future and again I am truly sorry.

Respectfully, Graham