# EXHIBIT XX

Dear ICOM-US Board of Directors and Officers      10/26/2023

I am confident that it comes with little solace that I extend any kind of heartfelt apology to all of you, the members and other colleagues, but that is what I am writing to you here today.

I recognize my actions, my crimes put the organization and leadership in an absolutely horrible position and yes, I am truly sorry. You trusted me to guide your organization to better days and I betrayed that trust for selfish reasons making my problems your problems. I had no right and inflicted pain and harm unnecessarily.

I am confident that you were shocked and angry when you were told of my actions. Again, I am sorry. I don't write this with any thoughts of forgiveness, for I know there will be none. My actions since I closed Hauck & Associates, have been guided by one promise and that is to make things right with you financially. Only my actions will show my sincerity in that effort and living up to this promise.

I know ICOM-US is a strong organization and better days are ahead.

I am truly sorry for all the pain I have caused.

Respectfully, Graham