# EXHIBIT YY

To SIO Board of Directors & Officers:    10/19/2023

It is hard for me to convey much less have you believe how truly sorry I am for my crimes against the Society and the leadership of the organization. My actions were a complete absence of judgement, betrayal of trust and collapse of any professional as well as fiduciary duty to you.

I realize as well, and am sorry - profoundly - for the impacts on the membership and any of your professional reputations. My actions went beyond any financial impact and I am sorry for any personal damage I may have caused.

I made my problems your problems. It was completely unwarranted and unjustified for any reason. I am committed to the large task ahead to repay the Society in an ethical and proper manner and as soon as humanly possible. I know this is little consolation, but I know I can and I will make this right.

Please know, I am sorry, none of the leaders and members of the Society deserved this. I wish the Society good fortune and know there are better days ahead for you.

Respectfully,
Graham