# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                          )<br>)<br>GRAHAM HAUCK                      )<br>)<br>) | Case No. 1-23-cr-125<br>           1:23-cr-320 |

## CONSENT MOTION TO CONTINUE SENTENCING

Defendant Graham Hauck, by and through undersigned counsel, and with the consent of the United States, respectfully requests this Court continue his sentencing currently scheduled for May 23, 2024 to either May 29, 2024, at any time, May 31, 2024 after 12:00 p.m., or to another date convenient to the Court and the parties.

In support of this Motion, counsel states the following:

1. Mr. Hauck is before this Court following pleas of guilty to Wire Fraud and Bank Fraud in 23-cr-125 and 23-cr-320.

2. Mr. Hauck's sentencing is currently scheduled for today at 2:00 p.m.

3. Counsel David Benowitz has fallen ill and is unable to attend today's sentencing hearing.

4. Co-counsel Rammy Barbari is entered on this case, but client desires lead counsel Mr. Benowitz to make the sentencing argument.

5. Therefore, the defense requests that today's sentencing hearing be continued to May 29, 2024, at any time, May 31, 2024 after 12:00 p.m., or to another date convenient to the Court and the parties.

6. The government consents to this Motion.

WHEREFORE, for the foregoing reasons, and any other the Court deems appropriate, Mr. Hauck respectfully requests this Court grant this Motion.

.

Respectfully Submitted,

_____/s/_____
David Benowitz
DC Bar # 451557
Price Benowitz LLP
409 7th Street, NW, Suite 200
Washington, D.C. 20004
Tel:  (202) 271-5249
Fax:  (202) 664-1331
david@pricebenowitz.com
*Counsel for Graham Hauck*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of May, 2024, a true and correct copy of the foregoing Consent Motion has been served via CM/ECF to all parties in this matter.

_____/s/_____
David Benowitz